# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

United States of America

Case Number: AU:24-CR-00015(1)-DAE

v.

(1) Gildardo Andres Zapata
*Defendant*

## ORDER SCHEDULING ARRAIGNMENT/DETENTION HEARING

A [X] Arraignment Hearing and a [X] Detention Hearing in this case is/are scheduled as follows:

| Place: 501 West Fifth Street, Austin, Texas, 78701 | Courtroom No.: 6, 6 Floor |
|---|---|
| Presiding Judge: Magistrate Judge Susan Hightower | Date and Time: July 2, 2025, at 10 AM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

If defendant chooses to waive hearing, a written waiver (see attached) must be signed by defendant and his/her counsel and filed by 4:00 p.m. the day before scheduled hearing.

June 27, 2025
*Date*

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

United States of America

v.  Case Number: AU:24-CR-00015(1)-DAE

(1) Gildardo Andres Zapata
*Defendant*

## DEFENDANT'S RESPONSE TO NOTICE OF DETENTION HEARING

Defendant, (1) Gildardo Andres Zapata, files this response to the Notice of Detention Hearing which was issued by the Court. After further investigation, Defendant wishes at this time to waive his/her right to the detention hearing, subject to his/her right to bring a motion concerning detention at a later date.

_____  Respectfully submitted,
*Defendant*

_____  _____
*Date*  *Attorney for Defendant*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was hand delivered to the Assistant United States Attorney on the _____ day of _____, 20 ____.

_____
Don Bailey
*Attorney for Defendant*